NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARD PERIPHERAL VASCULAR, INC.**
**AND DAVID GOLDFARB, M.D.,**
*Plaintiffs/Counterclaim Defendants-Appellees,*

**and**

**C.R. BARD, INC.,**
*Counterclaim Defendant-Appellee,*

**v.**

**W.L. GORE & ASSOCIATES, INC.,**
*Defendant/Counterclaimant-Appellant.*

---

2010-1510

---

Appeal from the United States District Court for the District of Arizona in case no. 03-CV-0597, Judge Mary H. Murguia.

---

**BARD PERIPHERAL VASCULAR, INC.**
**AND DAVID GOLDFARB, M.D.,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

**and**

**C.R. BARD, INC.,**
*Counterclaim Defendant,*

v.

**W.L. GORE & ASSOCIATES, INC.,**
*Defendant/Counterclaimant-Appellee.*

2010-1542

Appeal from the United States District Court for the District of Arizona in case no. 03-CV-0597, Judge Mary H. Murguia.

**ON MOTION**

**O R D E R**

Upon consideration of Bard Peripheral Vascular, Inc. and David Goldfarb, M.D.'s motion to voluntarily withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The cross-appeal, 2010-1542, is dismissed.

(2) Each side shall bear its own costs in 2010-1542.

(3) The revised official caption for 2010-1510 is reflected above.

FOR THE COURT

_____DEC 2 8 2010_____          /s/ Jan Horbaly___
          Date                          Jan Horbaly
                                        Clerk

cc:  John C. O'Quinn, Esq.
     David H. Pfeffer, Esq.

s21

     Issued As A Mandate (For 2010-1542 Only): DEC 2 8 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 8 2010

JAN HORBALY
CLERK